IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15-CR-3064 |
| vs. | **ORDER** |
| GERRY L. PEIRCE, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue (filing 35) is granted.

2. Defendant Gerry L. Peirce's sentencing is continued to April 1, 2016, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 22nd day of December, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge