IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15CR3064 |
| vs. | **ORDER** |
| GERRY L. PEIRCE, | |
| Defendant. | |

IT IS ORDERED:

1) The defendant's motion release, (Filing No. 39), is granted.

2) The defendant is permitted to travel to Red Cloud, Nebraska and stay with his mother from 4:00 p.m. on March 25, 2016, returning by 8:30 p.m. on March 27, 2016.

March 5, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge